UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re:                                 ) | |
|                                        ) | **Chapter 13 Proceeding** |
| **ARTHUR & BEATRICE PRICKETT**         ) | |
|                                        ) | **Case No.  01-60080** |
|         **DEBTORS**                    ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit $579.55 into U. S. Treasury Fund 6047BK for the following reason:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Travelers Insurance Company filed a Proof of Claim on April 13, 2001 in the amount of $6,922.87.

3. That the Trustee sent payment and said payment in the amount of $579.55 in May of 2009 which remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $579.55 into U.S. Treasury Fund 6047BK on behalf of creditor Travelers Insurance Company whose last known address was 1 Tower Square, Hartford, CT 06183.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2009 service of a true and complete copy of the above and foregoing pleading was sent electronically to the U.S. Trustee and the attorney for the Debtor and mailed by first class mail, postage prepaid, to the debtors at the following address:

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410
219-650-4015

Arthur & Beatrice Prickett, 1941 Maryland Street, Gary, IN 46407